Fernando **MELENDEZ**, as Administrator of the Estate of Damaris Reyes, Deceased, Respondent

v.

The **GOOD SAMARITAN HOSPITAL OF LEBANON, PENNSYLVANIA**; Lebanon Emergency Physicians; The Good Samaritan Hospital, Petitioners

**No. 528 MAL 2017**

Supreme Court of Pennsylvania.

December 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.